CHRISTINA J. MOSER
(S.B.N. 199027)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.861.7818
Email: cmoser@bakerlaw.com

*Attorney for Plaintiff, Summit Tool Company d/b/a Ken-Tool*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Summit Tool Company d/b/a Ken-Tool,

Plaintiff,

v.

Vevor Corporation, et al.,

Defendants.

CASE NO.: 2:22-cv-02161-SK

**SUPPLEMENTAL DECLARATION OF BEN GRAHAM IN SUPPORT OF PLAINTIFF'S REPLY RE: MOTION TO ENFORCE CONSENT JUDGMENT; FOR CIVIL CONTEMPT AND FOR SUPPLEMENTAL DAMAGES**

**Supplemental Declaration of Ben Graham**

I, Ben Graham, hereby certify and declare that:

1. I submit this Supplemental Declaration in further support of Ken-Tool's Motion to Enforce Consent Judgment and For Supplemental Damages ("Motion").

2. Unless the context indicates otherwise, I have personal knowledge of the matters set forth in this Supplemental Declaration. If called to testify, I could and would competently testify to the following facts stated herein.

3. Attached as **Exhibit G** to this Supplemental Declaration are true and correct copies of a photograph showing the 2026 counterfeit Vevor product next to the genuine Ken-Tool product bearing the Product Design that I took on August 6-7, 2026.

4. In or around 2021, I purchased and took photographs of the infringing Vevor tire iron. True and correct copies of one of those photographs shown with one of my photographs of the 2026 counterfeit Vevor product taken August 6-7, 2026 are attached as **Exhibit H** to this Supplemental Declaration.

5. I examined the earlier Vevor counterfeit product multiple times throughout 2021 and 2022. While I cannot presently locate the earlier counterfeit Vevor product, I distinctly remember comparing it against the genuine Ken-Tool product bearing the product design and discerning no difference in the profiles other than the removable VEVOR sticker on the product.

6. In my experience seeing how the products sold by Ken-Tool are used in the field by purchasers, the types of removable label stickers used on the counterfeit Vevor products are typically removed by purchasers before use or fall off in the course of using the product.

7. Based on my decades in the industry, my recollection of reviewing the original Vevor counterfeit product in 2021 and 2022, my review of the photographs I took from that time period, and my review of the 2026 Vevor counterfeit product, the two products are substantially identical other than the removable label stickers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing Declaration is true and correct and was executed by me electronically on the date provided below, in Summit County, Ohio.

Executed on August 7, 2026.

Signed by:
918FE4B9FD77411...
______________________
Ben Graham