CHRISTINA J. MOSER
(S.B.N. 199027)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.861.7818
Email: cmoser@bakerlaw.com

*Attorney for Plaintiff, Summit Tool Company d/b/a Ken-Tool*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Summit Tool Company d/b/a Ken-Tool,

Plaintiff,

v.

Vevor Corporation, et al.,

Defendants.

CASE NO.: 2:22-cv-02161-SK

**SUPPLEMENTAL DECLARATION OF CHRISTINA MOSER IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE CONSENT JUDGMENT; FOR CIVIL CONTEMPT AND FOR SUPPLEMENTAL DAMAGES**

**Supplemental Declaration of Christina J. Moser**

I, Christina J. Moser, hereby certify and declare that:

1. I submit this Supplemental Declaration in further support of Plaintiff's Reply in Support of Motion to Enforce Consent Judgment and For Supplemental Damages ("Motion"). Unless the context indicates otherwise, I have personal knowledge of the matters set forth in this Declaration. If called to testify, I could and would competently testify to the following facts stated herein.

2. Attached as **Exhibit I** is a true and correct copy of the entire prosecution history of U.S. Reg. No. 1,808,834 obtained from the U.S. Patent and Trademark Office Trademark Status and Document Retrieval system on August 7, 2026.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

3. Attached as **Exhibit J** is a true and correct copy of the UPS Receipt showing delivery of my notice letter to Vevor Technologies on April 27, 2026.

4. Attached as **Exhibit K** is a true and correct copy of snapshots of the Vevor Timeline as of August 7, 2026, accessible via https://www.vevor.com/pages/about-us.

I declare under penalty of perjury of the laws of the United States of America that the foregoing Declaration is true and correct and was executed by me electronically on the date provided below, in Cleveland, Ohio.

Executed on August 7, 2026

*/s/ Christina J. Moser*
Christina J. Moser