# Exhibit G





Exhibit G to Reply ISO Mtn to Enforce