# Exhibit H

**2026**



**2021**




VEVOR



**Exhibit H to Reply ISO Mtn to Enforce**