# EXHIBIT I

**Generated on:** This page was generated by TSDR on 2026-08-07 17:24:31 EDT

**Mark:**



**US Serial Number:** 74212808

**Application Filing Date:** Oct. 17, 1991

**US Registration Number:** 1808834

**Registration Date:** Dec. 07, 1993

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jul. 23, 2023

**Publication Date:** Sep. 14, 1993

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark comprises the outline configuration of a tubular shaped tire iron.

**Lining and Stippling Statement:** The lining in the drawing is for shading purposes only, and is not meant to designate color or any other feature of the mark.

**Acquired Distinctiveness Claim:** In whole

**Design Search Code(s):** 14.05.25 - Air pumps, non-motorized; Anvils; Bellows, fireplace; Caulking gun; Files (tools); Grease guns; Guns, caulking; Guns, grease; Plane (hand tool); Pokers, fireplace; Pumps, air (non-motorized); Punches (hardware); Riveters; Soldering irons

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** automotive hand tools; namely, tubeless tire irons

**International Class(es):** 008 - Primary Class

**U.S Class(es):** 023

**Class Status:** ACTIVE

**First Use:** Jul. 1955

**Use in Commerce:** Jul. 1955

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No
**Currently 66A:** No
**Filed No Basis:** No
**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** SUMMIT TOOL COMPANY

**Owner Address:** 768 E. NORTH STREET
AKRON, OHIO UNITED STATES 44305

**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** OHIO

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** RODNEY L. SKOGLUND
**Docket Number:** KTL.T.US0014

**Attorney Primary Email Address:** rlskoglund@rennerkenner.com
**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** RODNEY L. SKOGLUND
RENNER, KENNER, GREIVE, BOBAK TAYLOR & WEBER
106 South Main Street
First National Tower, Suite 400
AKRON, OHIO UNITED STATES 44308

**Phone:** 330-376-1242
**Fax:** 330-376-9646

**Correspondent e-mail:** rlskoglund@rennerkenner.com jgray@rennerkenner.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 23, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 23, 2023 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Jul. 23, 2023 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul. 23, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 04, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 07, 2022 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Aug. 05, 2021 | NOTICE OF SUIT | |
| Feb. 24, 2021 | NOTICE OF SUIT | |
| Dec. 14, 2020 | NOTICE OF SUIT | |
| May 18, 2020 | NOTICE OF SUIT | |
| Apr. 02, 2020 | NOTICE OF SUIT | |
| Jul. 05, 2018 | NOTICE OF SUIT | |
| Apr. 28, 2015 | NOTICE OF SUIT | |
| Jul. 31, 2013 | NOTICE OF SUIT | |
| Jan. 23, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 23, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jan. 23, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 23, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 14, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 25, 2012 | NOTICE OF SUIT | |
| Sep. 11, 2007 | CASE FILE IN TICRS | |
| Jan. 12, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 12, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 29, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 29, 2003 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 24, 2000 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

| | |
|---|---|
| Sep. 30, 1999 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Dec. 07, 1993 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 14, 1993 | PUBLISHED FOR OPPOSITION |
| Aug. 13, 1993 | NOTICE OF PUBLICATION |
| Jun. 29, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 24, 1993 | EXAMINER'S AMENDMENT MAILED |
| May 11, 1993 | FINAL REFUSAL MAILED |
| Mar. 10, 1993 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 18, 1992 | NON-FINAL ACTION MAILED |
| Jul. 31, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 31, 1992 | NON-FINAL ACTION MAILED |
| Jan. 17, 1992 | ASSIGNED TO EXAMINER |
| Jan. 14, 1992 | ASSIGNED TO EXAMINER |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE **Date in Location:** Jul. 23, 2023

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1 **Registrant:** WARREN TOOL CORPORATION

**Assignment 1 of 1**

**Conveyance:** CHANGE OF NAME EFF. 12/1/94 (SEE RECORD FOR DETAILS)

**Reel/Frame:** 1306/0349 **Pages:** 4

**Date Recorded:** Feb. 27, 1995

**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** WARREN TOOL CORPORATION **Execution Date:** Dec. 01, 1994

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

**Assignee**

**Name:** SUMMIT TOOL COMPANY

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

**Address:** 11900 WINROCK ROAD HIRAM, OH 44234
,

**Correspondent**

**Correspondent Name:** DONALD J. BOBAK

**Correspondent Address:** RENNER, KENNER, GREIVE ET AL.
1610 FIRST NATIONAL TOWER
AKRON, OH 44308-1456

**Domestic Representative - Not Found**