# Exhibit J

**Moser, Christina J.**

| | |
|---|---|
| **From:** | UPS <pkginfo@ups.com> |
| **Sent:** | Monday, April 27, 2026 1:06 PM |
| **To:** | Norcross, Meghan |
| **Subject:** | UPS Delivery Notification, Tracking Number 1Z4866550190488213 |

[External Email: Use caution when clicking on links or opening attachments.]

**Hello, your package has been delivered.**

**Delivery Date:** Monday, 04/27/2026
**Delivery Time:** 10:03 AM
**Signed by:** FRONT DOOR

**BAKER & HOSTETLER LLP**

| | |
|---|---|
| **Tracking Number:** | 1Z4866550190488213 |
| **Ship To:** | VEVOR TECHNOLOGY LLC<br>9166 ANAHEIM PL<br>STE 250<br>RANCHO CUCAMONGA, CA 917308549<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 0.0 LBS |
| **Reference Number:** | 115442.000008-05870 |

**Discover more about UPS:**
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2026 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

Review the UPS Privacy Notice

For Questions, Visit Our Help and Support Center