# Exhibit K

vevor.com/pages/about-us

Baker Bookmarks All Bookma

Upgrade · The Home Creator Way | News Center | Product Quality Assurance | Explore Our Store | About VEVOR | VEVOR's Journey | Partners



# VEVOR's Journey

**2007**
VEVOR was founded and began its first online sales.

**2013**
Expanded to Amazon, accelerating global reach.

**2020**
Official launch of vevor.com.

**2021**
Multiple products ranked as #1 Best Seller in tools category.

**2022**
Served our first 10 million customers worldwide.

vevor.com/pages/about-us

Baker Bookmarks

All Bookmark

Upgrade · The Home Creator Way | News Center | Product Quality Assurance | Explore Our Store | About VEVOR | VEVOR's Journey | Partners

# VEVOR's Journey

2020

Official launch of vevor.com.

2021

Multiple products ranked as #1 Best Seller in tools category.

2022

Served our first 10 million customers worldwide.

2023

Launched global sustainability initiative.

2025

Proudly served 30+ million customers worldwide.