**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

SUMMIT TOOL COMPANY d/b/a/ KEN-TOOL,

Plaintiff,

v.

VEVOR CORPORATION, et al.,

Defendants.

CASE NO. 2:22-cv-02161-AB-JC

Honorable André Birotte Jr.

**~~[PROPOSED]~~ ORDER GRANTING 30-DAY ADMINISTRATIVE STAY**

Having considered the joint notice, stipulation, and supporting declaration, and good cause appearing, the Court ORDERS:

1. Further postjudgment proceedings, including briefing and adjudication of the motions at Dkts. 43 and 44, are administratively STAYED for 30 days from entry of this Order to permit finalization, execution, and performance of the contemplated settlement.

2. The November 6, 2026 hearing and all remaining briefing deadlines on those motions, including the October 16, 2026 opposition deadline, are VACATED. Both motions remain pending.

3. The stay does not bar a joint stipulation withdrawing the motions, settlement-implementation filings, an acknowledgment of satisfaction, a status report, or a request to lift or modify the stay. It does not extend the October 21, 2026 deadline to deliver inventory or suspend compliance with existing injunctions or orders.

4. Counsel shall file a joint status report within 30 days after entry of this Order unless they have filed both a joint stipulation disposing of the pending motions and an acknowledgment of monetary satisfaction. If the settlement is not finalized or implementation fails, counsel shall promptly notify the Court and request appropriate further relief. Any necessary renewed briefing schedule and hearing date shall be set by further order; the vacated dates do not automatically revive.

**IT IS SO ORDERED.**

Dated: October 21, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE